UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL PEREZ-MARTINEZ, | ) |
| | ) CASE NO. C14-1123RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ERIC H. HOLDER, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| _____ | ) |

The court has reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court notes that no one has objected to the R&R, which recommends that the court dismiss this habeas petition as moot because Petitioner has been removed from the United States.

The court ADOPTS the R&R (Dkt. # 12), DISMISSES this habeas petition as moot, and directs the clerk to enter judgment for Respondent and to ensure that Judge Theiler receives notice of this order.

DATED this 29th day of October, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE -1